JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN KALIN AS MANAGING MEMBER OF THE SARAO & KALIN LAND COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH,<br><br>Defendant. | Case No. 2:17-cv-05570 DDP (JPRx)<br><br>**ORDER APPROVING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

The Court having considered the Stipulation of the parties, Plaintiff Loren Kalin as Managing Member of the Sarao & Kalin Land Company, LLC and Defendant City of Long Beach, hereby orders as follows:

1.   Plaintiff's entire Complaint against City of Long Beach, including all causes of action therein, is hereby dismissed with prejudice; and

2.   All parties shall bear all of their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 9, 2020

Hon. Dean D. Pregerson
Judge, United States District Court